STEPHEN M. HAYES (SBN 83583)
JOSHUA N. KASTAN (SBN 284767)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
SENTINEL INSURANCE COMPANY, LTD.
(erroneously sued as THE HARTFORD, a business entity, form unknown)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SOBOL and SOBOL ORTHOPEDIC MEDICAL GROUP,<br><br>Plaintiffs/complainants,<br><br>v.<br><br>THE HARTFORD, a business entity, form unknown; ELIZABETH FALAPPINO; and DOES 1 through 20,<br><br>Defendants/respondents. | CASE NO. CV 16-08579-JAK (PLAx)<br><br>**ORDER RE: PARTIES' STIPULATED PROTECTIVE ORDER** |

The Court has reviewed the parties' Stipulation Regarding the Proposed Protective Order as to the production of confidential documents.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: April 19, 2017

PAUL L. ABRAMS
United States Magistrate Judge